FILED

01/05/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0714



IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0714

IN RE THE MARRIAGE OF:

KAREN STEINBEISSER,

      Petitioner and Appellee,

                                  ORDER OF MEDIATOR APPOINTMENT

v.

CRAIG STEINBEISSER,

      Respondent and Appellant.

This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

IT IS ORDERED THAT **John D. Greef,** whose name appears next on the list of attorneys desiring appointment as mediators for Domestic Relations appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this January 5, 2024.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:     Jane E. Cowley, Terrance Lee Toavs